**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
July 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ sec _____
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**JOSHUA DIXON**<br>**Defendant** | **CRIMINAL NO.**<br><br>**INDICTMENT**<br><br>[Ct. 1: 18 U.S.C. 922(g)(1) Possession of **Firearm by a Felon**<br>**Ct. 2: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Methamphetamine**<br>**Ct. 3: 18 U.S.C. §924(c) Using or Carrying a Firearm During Commission of a Drug Trafficking Crime**<br>**Ct. 4: 26 U.S.C. §5861(d) Receipt or Possession of Unregistered Firearm]**<br><br>*Notice of Government's Demand for Forfeiture* |

**1:26-cr-00378-RP**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Possession of a Firearm by a Felon**
**[18 U.S.C. §922(g)(1)]**

On or about May 12, 2026, in the Western District of Texas, the Defendant,

**JOSHUA DIXON,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely a Glock, model 26, 9mm caliber, pistol; a Glock, model 22, .40 caliber, pistol; a Glock, model 19, 9mm caliber, pistol; a Ruger, model RXM, 9mm caliber, pistol; a Sig-Sauer, model P6, 9mm caliber, pistol; an ABC Rifle Company, model ABC-15, 5.56 caliber, pistol; a Century Arms International, model VSKA, 7.62 caliber, pistol; a Smith & Wesson, model SD9VE, 9mm caliber, pistol; a Rattlesnake Tactical, LLC, model RT-15,

multi-caliber, rifle; a Smith & Wesson, model M&P 15, 5.56 caliber, rifle; and an Olympic Arms

Inc., model MFR, multi-caliber, rifle, which had been shipped and transported in interstate and

foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### Possession with Intent to Distribute Methamphetamine
### [21 U.S.C. §841(a)(1)]

On or about May 12, 2026, in the Western District of Texas, the Defendant,

## JOSHUA DIXON,

did knowingly possess with intent to distribute 500 grams or more of a mixture and substance

that contained a detectable amount of methamphetamine, a controlled substance,

In violation of 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT THREE
### Use or Carrying A Firearm During Commission of a Drug Trafficking Crime
### [18 U.S.C. §924(c)(1)]

On or about May 12, 2026, in the Western District of Texas, the Defendant,

## JOSHUA DIXON,

did knowingly use and carry a firearm, namely: Glock, model 26, 9mm caliber, pistol; a Glock,

model 22, .40 caliber, pistol; a Glock, model 19, 9mm caliber, pistol; a Ruger, model RXM, 9mm

caliber, pistol; a Sig-Sauer, model P6, 9mm caliber, pistol; an ABC Rifle Company, model ABC-

15, 5.56 caliber, pistol; a Century Arms International, model VSKA, 7.62 caliber, pistol; a Smith

& Wesson, model SD9VE, 9mm caliber, pistol; a Rattlesnake Tactical, LLC, model RT-15, multi-

caliber, rifle; a Smith & Wesson, model M&P 15, 5.56 caliber, rifle; and an Olympic Arms Inc.,

model MFR, multi-caliber, rifle, during and in relation to a drug trafficking crime for which the

defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute and distribution of cocaine, a controlled substance, as alleged in Count Three of this indictment,

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FOUR
### Receipt or Possession of Unregistered Firearm
### [26 U.S.C. §5861(d)]

On or about May 12, 2026, in the Western District of Texas, the Defendant,

## JOSHUA DIXON,

knowingly received and possessed a firearm, specifically a firearm silencer and muffler, not registered to him in the National Firearms Registration and Transfer Record,

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
### [See FED. R. CRIM. P. 32.2]

### I.
### Drug Violations and Forfeiture Statutes
### [Title 21 U.S.C. § 841(a)(1)/(b)(1)(A), subject to forfeiture pursuant to Title 21 U.S.C. § 853(a)(1) and (2)]

As a result of the criminal violations set forth above, the United States of America gives notice to Defendant of its intent to seek the forfeiture of the properties described below upon conviction and pursuant to Fed. R. Crim. P. Rule 32.2 and Title 21 U.S.C. § 853(a)(1) and (2), which state:

**Title 21 U.S.C. § 853. Criminal forfeitures**
**(a)   Property subject to criminal forfeitures.**

Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law –
(1) any property constituting, or derived from, any proceeds the person

obtained, directly or indirectly, as the result of such violation;
(2) any of the person's property used, or intended to be used, in any
manner or part, to commit, or to facilitate the commission of, such
violation; ...

## II.
## Firearm Violations and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922(g)(1) and 924(c)(1), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violations set forth above, the United States of America gives

notice to Defendant of its intent to seek the forfeiture of the properties described below upon

conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §924(d)(1), made applicable

to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> (d)(l) Any firearm or ammunition involved in or used in any knowing violation of
> subsection . . . (g) . . . of section 922, . . .or knowing violation of section 924, . . . shall be
> subject to seizure and forfeiture, . . . under the provisions of this chapter. . . .

## III.
## Unregistered Firearm Violation and Forfeiture Statutes
**[Title 26 U.S.C. § 5861(d), subject to forfeiture pursuant to Title 26 U.S.C. § 5872, made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the criminal violation set forth above, the United States of America gives

notice to the Defendant of its intent to seek the forfeiture of the property described below upon

conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 26 U.S.C. § 5872, made applicable to

criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 26 U.S.C. § 5872. Forfeitures**
> (a) Laws applicable - Any firearm involved in any violation of the
> provisions of this chapter shall be subject to seizure and forfeiture, . . .

This Notice of Demand for Forfeiture includes but is not limited to the following:

## IV.
## Property

1. Glock 26 Serial #AFPG392
2. S&W SD9 Serial #HEP3310
3. Century Draco Serial #SV7140728
4. RXM Pistol Serial #094-38893
5. Glock 19 Serial #BXGU856
6. Sig Sauer Pistol Serial #M431107
7. Glock 22 Serial #PSZ722
8. ABC Rifle Serial #77-13632
9. Olympic Rifle Serial #K16-SST
10. S&W Rifle Serial #TW58689
11. Rattlesnake Rifle Serial #P07460
12. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses; and
13. $49,695.00, more or less in U.S. currency.

A TRUE BILL

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: BRANDY N. GANN
ASSISTANT UNITED STATES ATTORNEY